# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| PAUL GOSTON | Case No.   5:15CR50092-002 |
|  | USM No.   14223-010 |
|  | Joe Manuel Alfaro |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations: No(s). 1, 2, 3, & 4 of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition No. 3: Unlawful use of a controlled substance | 03/26/2021 |
| 2 | Mandatory Condition No. 3: Unlawful use of a controlled substance | 04/20/2021 |
| 3 | Special Condition No. 1: Failure to Submit to Substance Abuse Treatment | 05/13/2021 |
| 4 | Special Condition No. 2: Failure to Submit to Mental Health Treatment | 05/06/2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   7375

Defendant's Year of Birth:   1976

City and State of Defendant's Residence:
Rogers, Arkansas

June 30, 2021
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

July 7, 2021
Date

DEFENDANT: PAUL GOSTON
CASE NUMBER: 5:15CR50092-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Fourteen (14) months with credit for time served since May 21, 2021. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
As a result of the information before it, the Court is concerned that Mr. Goston suffers from underlying mental health issues and has not consistently taken his prescribed medicines. The Court's concern is based upon the mental health diagnoses Mr. Goston previously received while in BOP custody and during his time at a residential reentry center. IT IS THEREFORE RECOMMENDED that the BOP take Mr. Goston's known mental health history into account when designating his place of confinement. Moreover, the Court further recommends that the BOP immediately evaluate Mr. Goston's mental health and provide him with necessary mental health treatment.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ____ ☐ a.m. ☐ p.m. on ____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____ to ____

at ____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL